TEXAS EMPLOYER'S INSURANCE ASSOCIATION, Plaintiff-Appellee,

v.

Leroy JACKSON, Defendant-Appellant.

Nos. 85–2583, 85–2690.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 1987.

Richard Schechter, Schechter, Eiseman & Solar, Houston, Tex., for defendant-appellant.

Reagan Wm. Simpson, Houston, Tex., Arthur R. Miller, Cambridge, Mass., Steven Lynn Roberts and Stephen Pate, Fulbright & Jaworski, Houston, Tex., for plaintiff-appellee.

ON SUGGESTION FOR REHEARING EN BANC

(Opinion July 15, 1987, 5 Cir., 1987, 820 F.2d 1406)

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ,

* District Judge of the Western District of Louisiana, sitting by designation.

**2**

JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.[*]

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.